**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant,
TARGET CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OLIVIA AGUILAR, an Individual;<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>Defendant. | CASE NO: 2:24-cv-02174-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** |

Pursuant to Fed. R. Civ. P. 6, Fed. R. Civ. P. 26, LR 26-1 and LR 26-4, Plaintiff, OLIVIA AGUILAR ("Plaintiff"), by and through her attorney of record, DANIEL J. TAFOYA, ESQ. of the law firm HIGH STAKES INJURY LAW and Defendant, TARGET CORPORATION, by and through its attorneys of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, and hereby stipulate and agree to a sixty (60) day continuance of the current discovery deadlines to give the parties additional time to conduct discovery and discuss possible resolution.

///

///

## I. DISCOVERY COMPLETED

1. Plaintiff, OLIVIA AGUILAR served her Initial Early Case Conference List of Witnesses and Documents on November 20, 2024.

2. Defendant, TARGET CORPORATION, served its Initial Disclosures Pursuant to FRCP 26(a)(1) on December 31, 2024.

3. Plaintiff, OLIVIA AGUILAR, propounded her First Set of Requests for Production of Documents and Interrogatories to Defendant on February 3, 2025.

4. Defendant, TARGET CORPORATION, propounded its First Set of Requests for Production of Documents and Interrogatories to Plaintiff on February 28, 2025.

5. Defendant, TARGET CORPORATION, served its First Supplemental Disclosure Pursuant to FRCP 26(a) on March 19, 2025.

6. Defendant, TARGET CORPORATION, served its responses to Plaintiff's First Set of Requests for Production of Documents and Interrogatories on March 19, 2025.

7. Plaintiff, OLIVIA AGUILAR, served her responses to Defendant's First Set of Requests for Production of Documents and Interrogatories on April 14, 2025.

8. Defendant, TARGET CORPORATION, served its Second Supplemental Disclosure Pursuant to FRCP 26(a) on July 3, 2025.

9. Defendant, TARGET CORPORATION, served its Third Supplemental Disclosure Pursuant to FRCP 26(a) on July 18, 2025.

10. Defendant, TARGET CORPORATION, served its Fourth Supplemental Disclosure Pursuant to FRCP 26(a) on August 12, 2025.

11. Deposition of Plaintiff, Olivia Aguilar was taken on August 20, 2025.

12. Deposition of Plaintiff Witness, James Aguilar was taken on August 20, 2025

13. Defendant, TARGET CORPORATION, served its Fifth Supplemental Disclosure Pursuant to FRCP 26(a) on September 8, 2025.

///

///

///

## II. DISCOVERY REMAINING TO BE COMPLETED

1. Initial and Rebuttal expert disclosures
2. Depositions of percipient witnesses
3. Depositions of FRCP 30(b)(6) witnesses
4. Expert witness depositions
5. Additional written discovery as needed

## III. REASONS WHY DISCOVERY SHOULD BE EXTENDED

The parties are diligently engaged in discovery. The parties are working on setting a mediation date, with current tentative dates of either December 8th or December 10th, 2025. The parties are seeking a continuance of the current discovery deadlines for sixty (60) days from the date of mediation. This will allow time for retention of experts should the case not settle at mediation. Parties have continuously worked together to obtain medical records, review future medical treatment necessary, as well as discussions of private mediation. With Plaintiff treating in two (2) states and with treatment ongoing, the additional time is necessary to obtain complete medical records and retain appropriate experts, including obtaining Disability Records. Once in receipt of the aforementioned, the parties intend to engage in meaningful resolution discussions.

///

///

///

///

///

///

///

///

///

///

///

///

**IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

It is hereby stipulated that the discovery deadlines be extended for a period of sixty (60) days after the tentative December 10, 2025 mediation. If approved, the new discovery deadlines would be modified as follows:

| EVENT DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Close of Discovery | 12/19/2025 | **04/10/2026** |
| Motions to Amend Pleadings | 09/19/2025 | **Closed** |
| Initial Expert Disclosures | 10/20/2025 | **02/09/2026**[1] |
| Rebuttal Expert Disclosures | 11/19/2025 | **03/11/2026** |
| Dispositive Motions | 01/20/2026 | **05/11/2026**[2] |
| Joint Pre-Trial Order | 02/19/2026 | **06/10/2026** |

**IT IS SO STIPULATED AND AGREED.**

DATED this 1st day of October, 2025

**HIGH STAKES INJURY LAW**

*/s/Daniel J. Tafoya*
**SCOTT L. POISSON, ESQ.**
Nevada Bar No. 10188
**DANIEL J. TAFOYA, JR., ESQ.**
Nevada Bar No. 15656
320 S. Jones Blvd.
Las Vegas, Nevada 89107
Attorneys for Plaintiff,
OLIVIA AGUILAR

DATED this 1st day of October, 2025

**LINCOLN, GUSTAFSON & CERCOS, LLP**

*/s/ Loren S. Young*
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendant,
TARGET CORPORATION

**ORDER**

IT IS SO ORDERED.

United States Magistrate Judge
10-2-25

[1] Actual date is February 8, 2026, which is a Sunday.
[2] Actual date is May 10, 2026, which is a Sunday.