**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone:     (702) 257-1997
Facsimile:     (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant,
TARGET CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OLIVIA AGUILAR, an Individual;<br><br>   Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>   Defendant. | CASE NO: 2:24-cv-02174-CDS-MDC<br><br>**STIPULATION   FOR DIMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, OLIVIA AGUILAR, by and thorough her attorneys of record, DANIEL J. TAFOYA, ESQ. of HIGH STAKES INJURY LAW; and Defendant, TARGET CORPORATION, by and through its attorney of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff OLIVIA AGUILAR's Complaint, as well as all cross-claims, counter-

///

///

///

///

*Aguilar v. Target*
Case No.: 2:24-cv-02174-CDS-MDC

claims, or other related claims, are hereby dismissed as to all parties, with prejudice, each party to bear their attorney's fees and costs.

DATED this 15th day of June, 2026

**HIGH STAKES INJURY LAW**

/s/

**SCOTT L. POISSON, ESQ.**
Nevada Bar No. 10188
**DANIEL J. TAFOYA, JR., ESQ.**
Nevada Bar No. 15656
320 S. Jones Blvd.
Las Vegas, Nevada 89107
Attorneys for Plaintiff,
OLIVIA AGUILAR

DATED this 15 day of June, 2026

**LINCOLN, GUSTAFSON & CERCOS, LLP**

/s/

**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendant,
TARGET CORPORATION

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: June 16, 2026

-2-